# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>       Plaintiff, )<br>   vs. )<br>)<br>ISRAEL SOTO-MUNOZ, *also known as* Cono, )<br>)<br>       Defendant. )<br>_____ ) | Case No.: 2:14-cr-00103-GMN-VCF-6<br><br>**ORDER ADVISING DEFENDANT OF HIS APPELLATE RIGHTS OMITTED AT SENTENCING** |

On January 8, 2015, the Defendant, ISRAEL SOTO-MUNOZ, *also known as* Cono, was sentenced by this Court and Judgment was entered on January 13, 2015 (ECF No. 174). At the time of sentencing and disposition, the Court inadvertently omitted the advisement of Defendant's appellate rights. Therefore, Defendant is advised accordingly.

Mr. Soto-Munoz, at your plea hearing on September 9, 2014, you may have waived some of your appellate rights; however, there are some rights which can never be waived. If you wish to appeal, I am advising you now that you have fourteen (14) days from the entry of your Judgment entered on January 13, 2015 (ECF No. 174) to file your notice of appeal. If you cannot afford an attorney, the Court will appoint one for you. If you cannot afford a copy of the Court transcript, one will be prepared for you at the Government's expense.

**IT IS SO ORDERED** this 14th day of January, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court